UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re Ignacio Aquino and | ) | Chapter 13 |
| Gloria Castaneda | ) | Case No. 16-26579 |
| | ) | Judge Cox |
| | ) | |

Notice of Filing

Please take notice that on January 4, 2017 I caused to be filed the following document:

List of Witnesses and Exhibits

/s/ Veronica D. Joyner
By: Veronica D. Joyner, Esq.

Served Upon the following parties electronically:

Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604, USTPR
Region11.ES.ECF@usdoj.gov
Office of the Chapter 13 Trustee, Tom Vaughn, 55 East Monroe Street, Suite 3850, Chicago, IL  60603
Wendy Gattone, Attorney for PNC, 120 S. LaSalle Suite 1335, Chicago, IL 60603

And served upon the following parties by mail:

Ignacio Aquino and Gloria Castaneda, 2854 W. Palmer Street, Chicago, IL 60647
See attached list

**Certification of Service**

The undersigned, an attorney, certifies that she transmitted a copy of this notice to the Attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 120 South State, Suite 200, Chicago, IL 60603 on January 4, 2017. Furthermore, I certify that Patrickk S. Layng and Trustee Tom Vaughn were notified via ECF notification on January 4, 2017

/s/ Veronica D. Joyner
Veronica D. Joyner
120 S. State Street Suite 200
Chicago, IL 60603
312-332-9000

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re Ignacio Aquino and | ) | Chapter 13 |
|    Gloria Castaneda | ) | Case No. 16-26579 |
| | ) | Judge Cox |
| | ) | |

<u>DEBTORS' LIST OF WITNESSES</u>

1. Gloria Castaneda, debtor
2. Eric C. Miles, Certified Residential Appraiser  500 North Michigan Avenue, suite 600, Chicago, IL 60611  312.593.0371

<u>DEBTORS' LIST OF EXHIBITS</u>

1. Appraisal of the property commonly known as 5214-5226 West LeMoyne Avenue conducted by Eric C. Miles.
2. Chapter 13 Trustee's final report and account in case #12 B 21985
3. Foreclosure complaint filed by PNC Bank N.A.16-cv-00092

<u>/s/ Veronica D. Joyner</u>
Veronica D. Joyner
120 S. State Street Suite 200
Chicago, IL 60603
312-332-9000